# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:15-cr-18 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| AMY GLASGOW ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

On February 24, 2016, Magistrate Judge Susan K. Lee filed a Report and Recommendation recommending that (a) Defendant's motion to withdraw her not guilty plea to Count One of the Indictment be granted; (b) Defendant's guilty plea to the lesser included offense of the charge in Count One of the Indictment be accepted; (c) the Court adjudicate Defendant guilty of the lesser included offense of the charge in Count One of the Indictment; and (d) the decision on whether to accept the plea agreement be deferred until sentencing. (Doc. 76, at 1–2.) Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with Magistrate Judge Lee's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) a decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on Friday, June 3, 2016, at 9:00 am.

**SO ORDERED.**

**ENTER:**

/s/
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**